UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04 CR 165-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CURTIS PEARSON | ) | |

Leave of Court is hereby granted for the dismissal of Counts I and III of the Second Superseding Bill of Indictment in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 27th day of Jan, 2006.

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE